IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,  Case No. 22-cv-22584-KMW

    Plaintiff,

vs.

325 ALCAZAR HOLDING CORP. and DIAZ
BUITRON INC. d/b/a FUGATO FUSION
CUISINE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, AMIN LAKHANI, and Defendants, 325 ALCAZAR HOLDING CORP. and DIAZ BUITRON INC. d/b/a FUGATO FUSION CUISINE, by and through their undersigned counsel, hereby notify the Court that an agreement to settle the instant action in its entirety as to all claims and all parties has been reached. While the final form of the settlement agreement has been agreed to, the parties require time to obtain signatures and to comply with obligations under the settlement agreement. Accordingly, the parties request thirty (30) days to obtain signatures, to comply with obligations under the settlement agreement, and to thereafter file a stipulation of dismissal with prejudice as to all claims and all parties.

    RESPECTFULLY SUBMITTED October 31, 2022.

By: /s/ Glenn R. Goldstein
    Florida Bar No.: 55873
    Glenn R. Goldstein & Associates PLLC
    8101 Biscayne Blvd., Ste. 504
    Miami, Florida 33138
    ggoldstein@g2legal.net
    *Attorneys for Plaintiff*

By: /s/ Manuel A. Garcia-Linares
    Florida Bar No.: 985252
    Day Pitney LLP
    396 Alhambra Circle
    North Tower, 14th Floor
    Miami, FL 33134
    mgarcialinares@daypitney.com
    *Attorneys for Diaz Buitron Inc.*

-2-

By: /s/ Wilfredo A. Rodriguez
    Florida Bar No.: 334936
    AVILA RODRIGUEZ HERNANDEZ
    MENA & GARRO LLP
    2525 Ponce de Leon Boulevard, Suite 1225
    Coral Gables, FL 33134-6049
    frodriguez@avilalaw.com
    *Attorneys for 325 Alcazar Holding Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Manuel A. Garcia-Linares