UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMIN LAKHANI,<br>    Plaintiff,<br>vs.<br><br>325 ALCAZAR HOLDING CORP. and DIAZ BUITRON INC. d/b/a FUGATO FUSION CUISINE,<br>    Defendant(s). | Case No: 22-cv-22584-KMW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT, 325 ALCAZAR HOLDING CORP, *ONLY*

Plaintiff, AMIN LAKHANI, by and through undersigned counsel, hereby dismisses this matter with prejudice against the Defendant, 325 ALCAZAR HOLDING CORP, *only,* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net